IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| Courtroom Deputy: Deborah Hansen | Date: March 4, 2015 |
| Court Reporter:    Gwen Daniel   | Probation: Justine Kozak |
|                                  | Time: one hour and 12 minutes |

_____

Criminal Action No.  13-cr-00159-WJM            *Counsel:*

UNITED STATES OF AMERICA,                       Susan Knox

    Plaintiff,

v.

11. ARTURO MARTINEZ,                            David Koppa

    Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

10:34 a.m.    Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Sentencing Statement by Ms. Knox

Sentencing Statement by Mr. Koppa

Court's comments

The defendant filed the following:

1. Defendant Martinez's Objections to Presentence Report [991]
2. Defendant Martinez's Objections to Presentence Report (Amended) [1186]
3. Defendant Martinez's Objections to Presentence Report (Second Amended) [1228].

The Court states that for the purposes of this hearing it will consider the Second Amended set of Objections, [1228], as having superseded 1.) Defendant Martinez's Objections to Presentence Report, [991], and 2.) Defendant Martinez's Objections to Presentence Report (Amended), [1186].

Mr. Koppa's comments

Mr. Koppa states that the Court is correct. The Second Amended does supersede the prior filings.

Argument by Mr. Koppa

Argument by Ms. Knox

**The Court enters FINDINGS and RULINGS on the record as to all of the defendant's objections to the Presentence Investigation Report.**

**ORDERED:** There being no objection to the motion, the Government's Motion Regarding Acceptance of Responsibility [999] is GRANTED.

**ORDERED:** There being no objection to the motion, the Government's Motion to Dismiss Counts Twenty-Four And Twenty-Seven of the Indictment as to Defendant Arturo Martinez [1000] is GRANTED. Counts Twenty-Four And Twenty-Seven of the Indictment are DISMISSED as to Defendant 11. Arturo Martinez only.

Discussion

The Government does not object to the Defendant's Motion for Departure/Variance pertaining to an additional two-level reduction in the offense level given the Guidelines amendments adopted in November 2014. [1001].

**ORDERED:** There being no objection to the motion, the Defendant's Motion for Departure/Variance [1001] is GRANTED.

Discussion/Argument

Defendant's Allocution

**ORDERED:** The Defendant's Motion for Departure/Variance (Amended) [1229] is **DENIED.**

Defendant plead guilty to Count One of the Indictment and admitted to the forfeiture allegation on March 7, 2014.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Arturo Martinez, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 120 months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**The Court recommends that the Bureau of Prisons place the defendant at a facility appropriate to his security designation located within the District of Colorado.**

**The Court recommends that the Bureau of Prisons designate an institution for the defendant with Residential Drug Abuse (RDAP) or a comparable substance abuse program, and that the defendant take advantage of such a program during his imprisonment.**

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a term of five years.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:**   Special Conditions of Supervised Release:

    **1.**   The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

    **2.**   The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall pay the cost of treatment as directed by the probation officer.  The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

    **3.**   The defendant shall not associate with nor shall he have any conduct with gang members and he shall not participate in any gang activity, to include the displaying of any gang paraphernalia.

**ORDERED:**   Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the Defendant's admission to the Forfeiture Allegation in the Indictment, the Defendant shall forfeit to the United states any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.

**ORDERED:**   The Special Assessment fee of $100.00 is imposed, due and payable immediately.

**ORDERED:**   Defendant has no ability to pay a fine, and the fine is waived.

The defendant is advised of his right to appeal both his conviction and sentence imposed except in very limited circumstances.

**ORDERED:**   Defendant is REMANDED to the custody of the U.S. Marshal.

11:46 a.m.   Court in Recess
              Hearing concluded